1   LINDA CLAXTON, State Bar No. 125729
    linda.claxton@ogletreedeakins.com
2   DAVID J. FISHMAN, State Bar No. 217608
    david.fishman@ogletreedeakins.com
3   OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
4   633 West Fifth Street, 53rd Floor
    Los Angeles, California 90071
5   Telephone:   (213) 239-9800
    Facsimile:   (213) 239-9045
6

7   Attorneys for Defendant
    PARKER HANNIFIN CORPORATION

JS-6

8          **UNITED STATES DISTRICT COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

10

11   RINDY NEGRETE,              Case No. EDCV 09-00355-VAP (FMOx)

12          Plaintiff,         **ORDER TO DISMISS WITH**

13       v.                 **PREJUDICE**

14

15   PARKER HANNIFIN CORPORATION, a
    business organization, form unknown, and
16   DOES 1 through 100, inclusive,

17         Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    Based upon the Stipulation between the parties and their respective counsel, it is

2  hereby ORDERED that this action is hereby dismissed with prejudice pursuant to FRCP

3  41(a)(1)(A)(ii).

4    IT IS SO ORDERED.

5  DATED:  August 13, 2009_____          By:_____

6                                             Honorable Virginia A. Phillips
                                               United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28